```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NAQUONE TAYLOR,                                             :
                                                            :
                          Plaintiff,                        :
                                                            :          15-cv-8152 (KBF)
             -v-                                            :
                                                            :          ORDER
S&N ARTHUR AVENUE, INC. d/b/a EMILIA'S                      :
RESTAURANT, and 2331 ARTHUR AVE.                            :
REALTY CORP.,                                               :
                                                            :
                          Defendants.                       :
------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: January 11, 2016

KATHERINE B. FORREST, District Judge:

On Monday, January 11, 2016, the parties informed the Court that they have reached a settlement in principle. Accordingly, this action is discontinued without costs to any party and without prejudice to restore the action to this Court's calendar if such an application is made not later than **Friday, February 12, 2016**.

All other dates and deadlines in this matter are ADJOURNED.

The Clerk of Court is directed to terminate this action.

SO ORDERED.

Dated:    New York, New York
          January 11, 2016

                                        _____
                                              KATHERINE B. FORREST
                                           United States District Judge