UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAQUONE TAYLOR, individually,

                Case No. 1:15-cv-8152-KBF

        Plaintiff,

v.

S&N ARTHUR AVENUE, INC.
d/b/a EMILIA'S RESTAURANT,
a New York for Profit entity, and
2331 ARTHUR AVE. REALTY
CORP., a New York for Profit entity,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 24 2016
```

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL *WITH PREJUDICE*

Plaintiff NAQUONE TAYLOR, by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby gives notice that the parties have resolved all claims, including any claims for attorneys' fees, costs and litigations expenses, *vis-à-vis* an out of Court settlement, and therefore seeks a dismissal of all claims *with prejudice*.

                By: /s/ Tara Demetriades
                    Tara Demetriades, Esq.
                    New York Bar No. 4158666

                    **ADA Accessibility Associates**
                    1076 Wolver Hollow Road
                    Oyster Bay, NY 11771
                    E: TDemetriades@Aol.com
                    T: (516) 595-5009
                    **Counsel for Plaintiff**

*So ordered.*
*KBF, for*
*USDJ*
*2/23/16*